IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JUSTIN K. BLACK**,

        Plaintiff,

v.                                CIVIL ACTION NO.: 3:22-0096

**THE WEST VIRGINIA STATE POLICE**,
**ANTHONY CUMMINGS**,
**KIMBERLY PACK**,
**GREG LOSH**.
**MIKE PARDE**,
**EDDIE BLANKENSHIP**, and
**UNKNOWN OFFICERS OF THE WEST
VIRGINIA STATE POLICE**,

        Defendants.

**AGREED ORDER**

Plaintiff Justin K. Black's deadline for filing responses to the separate motions for summary judgment filed by Defendants is **August 18, 2023**, and Defendants' reply briefs would be due by **August 25, 2023**.  Counsel for all parties have consulted with other and have agreed, subject to the approval of the Court, to extend Plaintiff's response deadline to **August 21, 2023**, and Defendants' reply briefs to **August 28, 2023**.  Based upon the agreement of the parties, the Court hereby modifies the briefing schedule as follows:

        Plaintiff's response        **August 21, 2023**

        Defendants' replies        **August 28, 2023**.

The Court **DIRECTS** the Clerk to send a copy of this **AGREED ORDER** to counsel of record and to any unrepresented parties.

ENTER: August 15, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ Lonnie C. Simmons
Lonnie C. Simmons (WV State Bar No. 3406)
**DIPIERO SIMMONS MCGINLEY & BASTRESS, PLLC**
P.O. Box 1631
Charleston, WV  25326
*Counsel for Plaintiff*


Elizabeth Paukstis *pro hac vice* (DC Bar No. 1601418)
Michael Kanovits *pro hac vice* (IL Bar No. 6275233)
**LOEVY & LOEVY**
311 North Aberdeen Street, Third Floor
Chicago, IL  60607
*Counsel for Plaintiff*


/s/ Drannon L. Adkins
Wendy E. Greve (WV State Bar No. 6599)
Drannon L. Adkins (WV State Bar No. 11384)
**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant*