L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

JUSTIN K. BLACK

**V.**

WEST VIRGINIA STATE POLICE, ANTHONY CUMMINGS, KIMBERLY PACK, GREG LOSH, MIKE PARDE, EDDIE BLANKENSHIP, et al.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION NUMBER 3:22-cv-00096

| | |
|---|---|
| Maria Makar, LOEVY & LOEVY | IL  6341179 |
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |
| Justin K. Black | |
| *Name of party represented* | |
| Supreme Court of Illinois<br>200 E. Capitol Ave<br>Springfield, IL 62701 | |
| *Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing* | |
| 311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607 | |
| *Visiting Attorney's office address* | |
| 312-243-5900 | 312-243-5902 | makar@loevy.com |
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |
| Lonnie C. Simmons, DIPIERO SIMMONS MCGINLEY & BASTRESS, PLLC | WV  ID No. 3406 |
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |
| 604 Virginia Street East<br>Charleston, WV 25301 | |
| *Sponsoring Attorney's office address* | |
| 304-342-0133 | 304-342-4605 | Lonnie.Simmons@dbdlawfirm.co |
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

PAGE 1 of 2 PAGES

Case 3:22-cv-00096   Document 130   Filed 09/08/23   Page 2 of 2 PageID #: 6522

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.



| 09/08/2023 | s/ Maria Makar |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.



| 09/08/2023 | s/ Lonnie C. Simmons |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### **  ELECTRONIC FILING REQUIREMENT  **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.